[No. 37471-4-II.   Division Two.   October 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN TOLBERT HOBBS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01619-8, Roger A. Bennett, J., entered February 26, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 37725-0-II.   Division Two.   October 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ERIC STOVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04745-1, Katherine M. Stolz, J., entered April 16, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37787-0-II.   Division Two.   October 13, 2009.]

ANNETTE ATKINSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-02329-5, Leonard W. Costello, J., entered April 25, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.